UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00351-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| MORGAN WARD | : | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, to order the disposition of ammunition associated with the above-captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Bureau of Alcohol, Tobacco, Firearms and Explosives to dispose of all .40 caliber ammunition seized on December 11, 2018, by destruction, incapacitation, or other means in accordance with its regulations.

This the 18 day of August, 2020.

JAMES C. DEVER III
United States District Judge