UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-351-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| MORGAN WARD | |

On motion of the Defendant, Morgan Ward, and for good cause shown, it is hereby

ORDERED that [DE- 89] be sealed until further notice by this Court. The grounds for this Order

are found at [DE- 89].

Accordingly, it is ORDERED that this document be filed under seal and to remain so

sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant

United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 30 day of October, 2020.

_____
JAMES C. DEVER III
United States District Judge